FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2021

No. 04-20-00598-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CARLOS Y. BENAVIDES, JR.**, an
Incapacitated Person,

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2011-PB6–000081-L2
Honorable Hugo Martinez, Judge Presiding

# C O R R E C E D   O R D E R

Sitting:       Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

On December 3, 2021, appellant Leticia R. Benavides filed a motion to abate this appeal pending this court's disposition of appeal number 04-20-00599-CV, which is set for oral argument on February 24, 2022. Appellee filed a response opposing the abatement on December 8, 2021. Having considered the motion and response, we GRANT the motion to abate. Accordingly, we WITHDRAW the November 9, 2021 submission date and ABATE this appeal pending this court's disposition of appeal number 04-20-00599-CV or further order of this court.

It is so **ORDERED** December 14, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT